United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| FADEL AL MASRI, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00209 |
| | § | |
| KRISTI NOEM, *et al.,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court are Petitioner's "Amended Petition for Writ of Habeas Corpus (28 U.S.C. § 2241)" ("Petition") (Dkt. No. 5), "Francisco Venegas' Notice to Court and Motion to Dismiss Francisco Venegas" ("Notice") (Dkt. No. 12), and "Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot" ("MTD") (Dkt. No. 13).

Because Petitioner has been removed from the United States, his status does not present a case or controversy for this Court to remedy. *See, e.g.*, *Anh Nguyen v. Sessions*, 2019 U.S. Dist. LEXIS 103227 (S.D. Tex. 2019); *Garza v. Bennett*, 2017 U.S. Dist. LEXIS 216654 (S.D. Tex. 2017), *rep. & rec. adopted*, 2018 U.S. Dist. LEXIS 15994 (S.D. Tex., Jan. 31, 2018).

For this reason, Respondents' MTD (Dkt. No. 13) is **GRANTED**, and Petitioner's Petition (Dkt. No. 5) is hereby **DISMISSED as moot**. Furthermore, Francisco Venegas' Notice (Dkt. No. 12) is **DENIED as moot.** The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  March 17, 2026.

_____
Rolando Olvera
United States District Judge